# Court of Appeals
# of the State of Georgia

ATLANTA,  July 13, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1989.  BOHANNON v. BOHANNON.**

This is a direct appeal of a final judgment and decree of divorce, not involving any issue of child custody.  Under  OCGA § 5-6-35 (a) (2), such appeals require the discretionary appeal procedures.  The appellant's failure to comply with those discretionary appeal procedures deprives us of jurisdiction, and for that reason this direct appeal is hereby dismissed.  *Voyles v. Voyles*, 301 Ga. 44 (799 SE2d 160) (2017).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,   07/13/2018*
        *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ , *Clerk.*